# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case #11-80864-CIV-RYSKAMP/VITUNAC

Michael Childs, et al.,

      Plaintiff,

vs.

Suntrust Mortgage, Inc.,

      Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the amended motion for approval of the parties' settlement agreement, filed October 13, 2011 **[DE 16]**.

When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). After careful consideration of the settlement agreement, the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA suit. *See Lynns' Food Stores, Inc.*, 679 F.2d at 1353. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

1.    The parties' Settlement Agreement is **APPROVED** as a fair reasonable resolution of the parties' FLSA dispute.

2.    This action is **DISMISSED with prejudice.**

3.    This case is **CLOSED** and the Clerk of the Court is directed to **DENY all pending motions as moot**. It is further

2

**ORDERED and ADJUDGED** that the Court retains jurisdiction to enforce the terms of

the settlement agreement.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 25th day of

October, 2011.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE